SILCOTT *v.* DAHLBERG, SUPT.

[Cite as Silcott *v.* Dahlberg (1990), 49 Ohio St. 3d 51.]

(No. 89-1680—Submitted November 14, 1989—Decided February 21, 1990.)

*Capital University Law School Legal Clinic* and *Max Kravitz,* for Roy A. Silcott, Jr.

*Anthony J. Celebrezze, Jr.,* attorney general, and *Alexander G. Thomas,* for Eric G. Dahlberg, Superintendent, Ohio State Reformatory.

The motion to dismiss is sustained and the cause is dismissed.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., dissents.

DOUGLAS, J., dissenting. I would *not* grant bail, but I dissent from the dismissal of this cause because habeas corpus is the proper remedy to establish, if appropriate, post-conviction bail. See, generally, *In re DeFronzo* (1977), 49 Ohio St. 2d 271, 3 O.O. 3d 408, 361 N.E. 2d 448. I would remand this cause to the court of appeals for a Crim. R. 46 bail determination.